sentenced as a prior and persistent offender, §§ 557.036 and 558.016 R.S.Mo.Cum.Supp. 1993, to concurrent sentences of twenty-five years. Additionally, defendant filed a motion to reconsider our ruling sustaining the State's motion to strike defendant's appendix attached to his brief.

No jurisprudential purpose would be served by a written opinion. We deny defendant's motion, and affirm the judgment in accordance with Rule 30.25(b).

Defendant also appeals the motion court's denial of his Rule 29.15 motion for ineffective assistance of trial counsel without an evidentiary hearing.

The judgment of the motion court denying defendant's Rule 29.15 motion without a hearing is not clearly erroneous. An opinion would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

### ORDER

PER CURIAM.

Defendant appeals the judgment entered on his convictions, by jury, of first degree murder, first degree assault, two counts of first degree robbery, and two counts of armed criminal action. Defendant was sentenced to consecutive terms of life imprisonment without parole for the murder conviction, life imprisonment for the assault conviction, thirty years imprisonment for each of the robbery convictions, and fifteen years for each of the armed criminal action convictions. Defendant also appeals the denial, after an evidentiary hearing on one issue, of his Rule 29.15 motion. No jurisprudential purpose would be served by a written opinion. The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).

■

STATE of Missouri, Respondent,

v.

Norman BROWN, Appellant.

Norman BROWN, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 63745, 65942.

Missouri Court of Appeals,
Eastern District,
Division Two.

May 9, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 12, 1995.

Application to Transfer Denied
July 25, 1995.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

■

KINGSTON ELECTRIC, INC.,
Plaintiff/Respondent,

v.

WAL–MART PROPERTIES, INC.,
Defendant/Respondent/Appellant,

v.

MAX BARKEN CONSTRUCTION COMPANY, INC., and L.M.B. Construction Company, Inc., Defendants/Appellants,

v.

PPG INDUSTRIES, INC.,
Defendant/Cross-claimant/Respondent.

Nos. 67068, 67100.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 16, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 26, 1995.

Application to Transfer Denied
July 25, 1995.